IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JEFFERY A. JOHNSON,**

    **Plaintiff,**

v.                                          Civil Action 2:13-cv-0025
                                              Judge Watson
                                              Magistrate Judge King

**MUSKINGUM CO. SHERIFF'S DEPT.,**
*et al.,*

    **Defendants.**

## ORDER

On March 1, 2013, the United States Magistrate Judge recommended that Plaintiff's motion for default judgment against defendant Aramark, Inc., be denied. *Report and Recommendation*, Doc. No. 18. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 18, is **ADOPTED AND AFFIRMED**. Plaintiff's motion for default judgment against defendant Aramark, Inc., Doc. No. 15, is **DENIED**.

    **IT IS SO ORDERED.**

                                                    */s/ Michael H. Watson*
                                                    **MICHAEL H. WATSON, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**