UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jeffery A. Johnson,

    Plaintiff,

v.

Muskingum Co. Sheriff's Dept., et al.,

    Defendants.

Case No. 2:13-cv-25

Judge Michael H. Watson

## OPINION AND ORDER

On May 5, 2014, United States Magistrate Judge King issued a Report and Recommendation ("R&R") recommending the Court grant Defendants Anthony Khoury's and Shane Love's motion for summary judgment, ECF No. 66. ECF No. 76.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). *Id.* at 14. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed. See Opinion and Order on Motion to Strike, ECF No. 84 (finding Plaintiff's June 3, 2014 objections untimely as to the instant R&R).

Having received no timely objections, the Report and Recommendation is **ADOPTED**. The Clerk shall remove ECF No. 66 from the Civil Justice Reform Act Motions Report.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**